| Attorney or Party without Attorney: <br> ORRICK, HERRINGTON & SUTCLIFFE, LLP <br> 1000 MARSH ROAD <br> MENLO PARK, CA 94025 <br> Telephone No: 650-614-7400   FAX No: 650-614-7401 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: <br> 10508-2024 | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Northern District Of California | | | | |
| Plaintiff: SYNOPSYS, INC. | | | | |
| Defendant: GYRFALCON TECHNOLOGY INC. | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:18-CV-6361 JD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; (X2)Complaint; Certification Of Interested Entities Or Persons; Case Assignment-Hon. James Donato; Civil Cover Sheet; Initial Cms Order And Adr Deadlines; Report On The Filing Of An Action; Ecf Registration Information; Notice Of Availability Of Magistrate Judge; Standing Order Regarding Civil Disc; Standing Order For E-Discovery And Email Discovery In Patent Cases Signed; Standing Order For Civil Cases Before Judge Donato; Standing Order For Civil Jury Trial; Standing Order For Claim Construction In Patent Cases; Standing Order All Judges 1.17.2017

3. a. Party served:  GYRFALCON TECHNOLOGY INC. C/O CSC LAWYERS
   b. Person served: BECKY DE GEORGE, AUTHORIZED TO ACCEPT

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, STE. 150N
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Oct. 19, 2018 (2) at: 9:53AM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TASIA STONE
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   18-003
      (iii) County:   Placer

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Fri, Oct. 19, 2018

   (TASIA STONE)

Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE <br> SUMMONS IN A CIVIL

6147400.114865

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GYRFALCON TECHNOLOGY INC.
was received by me on *(date)* 10/18/2018

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BECKY DE GEORGE, CSC LAWYERS , who is
designated by law to accept service of process on behalf of *(name of organization)* GYRFALCON TECHNOLOGY INC.
2710 Gateway Oaks Dr., Ste. 150N, Sacramento, CA 95833 on *(date)* 10/19/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/2018

*Server's signature*

TASIA STONE, REG. #18-003, PLACER COUNTY
*Printed name and title*

A & A LEGAL SERVICE, 880 MITTEN RD., #102, BURLINGAME, CA 94010
*Server's address*

Additional information regarding attempted service, etc:
see attached list of documents

## ATTACHMENT A

Initial Documents Served on Defendant's Counsel:

1. 2018.10.17 [001] [Synopsys] Complaint;

2. 2018.10.17 [002] [Synopsys] Proposed Summons;

3. 2018.10.17 [003] [Synopsys] Certification of Interested Entities or Persons;

4. 2018.10.17 [004] [Court] Case Assignment - Hon. James Donato;

5. 2018.10.17 [005] [Synopsys] Civil Cover Sheet;

6. 2018.10.18 [006] [Court] Initial CMC Order with ADR Deadlines;

7. 2018.10.18 [007] [Court] Summons Issued;

8. 2018.10.18 [008] [Court] Report on the filing of an action;

9. ECF_Reg_Info;

10. Notice_of_Availability_Magistrate-Judge;

Judge James Donato Standing Orders

11. 2014-04-25-Standing-Order-Regarding-Civil-Disc;

12. 2014-06-20 Standing Order for E-Discovery and Email Discovery in Patent Cases signed;

13. 2017-01-05-Standing-Order-For-Civil-Cases-Before Judge Donato;

14. 2017-01-05-Standing-Order-for-Civil-Jury-Trial;

15. 2017-01-05-Standing-Order-for-Claim-Construction in Patent Cases;

16. Standing_Order_All_Judges_1.17.2017