DENISE MINGRONE (STATE BAR NO. 135224)
dmingrone@orrick.com
ROBERT URIARTE (STATE BAR NO. 258274)
ruriarte@orrick.com
KAYVAN GHAFFARI (STATE BAR NO. 299152)
kghaffari@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Attorneys for Plaintiff
SYNOPSYS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GYRFALCON TECHNOLOGY INC., and DOES 1-10, inclusive,, <br><br> Defendants. | Case No. 5:18-cv-06361-JD <br><br> **[PROPOSED] ORDER GRANTING SYNOPSYS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> Date Action Filed**:** October 17, 2018 |

Before the Court is Synopsys, Inc.'s ("Synopsys") Administrative Motion to File Under Seal, made in support of its request for an order expediting discovery to preserve and analyze evidence. A party has "compelling reasons" to seal information in a filing when disclosure of that information would "release trade secrets," *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), or when the material would disclose "sources of business information that might harm a litigant's competitive standing," *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978).

Having considered the Administration to File Under Seal, the declarations in support thereof, the pleadings on file, and any other relevant materials, the Administrative Motion to File Under Seal is **GRANTED**.

**IT IS HEREBY ORDERED** that the following materials should be sealed and that counsel for Synopsys may file the following material designated by Synopsys under the Protective Order under seal:

| Description of the Document | Portion to be Filed Under Seal |
|---|---|
| Plaintiff's Motion for (1) Expedited Discovery and (2) Protective Order; Memorandum of Points and Authorities in Support Thereof. | Highlighted text. |
| Declaration of Kayvan Ghaffari in Support of Plaintiff's Motion for (1) Order of Impoundment and Expedited Discovery and (2) Protective Order | ¶¶ 4, 6-7 |

**IT IS SO ORDERED**.

DATED: _____

HONORABLE JAMES DONATO
United States District Judge